■ NYLAND (CF8) LTD., Respondent-Appellant, v JOACHIM F. VON GRUMME-DOUGLAS et al., Appellants-Respondents. CUSHMAN & WAKEFIELD, INC., Intervenor-Respondent.—Order, Supreme Court, New York County (Ethel Danzig, J.) entered on October 24, 1988, unanimously affirmed for reasons stated by Ethel Danzig, J., without costs and without disbursements. Concur—Murphy, P. J., Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE McDUFFIE, Appellant.—Judgment, Supreme Court, New York County (George Francis, J.), rendered on May 2, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Asch, Wallach and Smith, JJ.

■ In the Matter of LILLIAN GOLDMAN v JANE H. GOLDMAN et al.—Motion deemed as one seeking reargument, which motion is granted and, upon reargument, the order of this court (144 AD2d 313) entered on November 29, 1988 and the accompanying memorandum decision filed therewith are recalled and vacated, and a new order and memorandum decision substituted therefor. *(See, Matter of Goldman, 150 AD2d 267 [decided herewith].)* Concur—Carro, J. P., Asch, Milonas and Wallach, JJ.